Wendy M. Thomas (SBN 268695)
Betty T. Huynh (SBN 315880)
**TADJEDIN THOMAS & ENGBLOOM**
**LAW GROUP LLP**
6101 West Centinela Avenue, Suite 270
Culver City, CA 90230
T: (310) 362-4970
E: wendyt@ttelawgroup.com
E: bettyh@ttelawgroup.com

*Attorneys for Defendant Fraser Financial and Insurance Services, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LOYHAYEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRASER FINANCIAL AND INSURANCE SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-00894-MWF-JEM<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER<br><br>[Stipulation Filed Concurrently]<br><br>Date Action Filed: January 28, 2020<br>Trial Date: April 11, 2023 |

1   FOR GOOD CAUSE SHOWN, the Court hereby approves the parties'
2   Stipulation and Protective Order.
3
4   IT IS SO ORDERED.
5
6
7   Dated: 3/9/2022                          _____
                                              HON.   JOHN   E.   MCDERMOTT
8                                             United States Magistrate Judge