JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LOYHAYEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRASER FINANCIAL AND INSURANCE SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-00894-MWF-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF JONATHAN LOYHAYEM'S INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISS THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Date Action Filed: January 28, 2020<br>Trial Date: April 11, 2023 |

The Court having reviewed the Joint Stipulation to Dismiss Plaintiff Jonathan Loyhayem's Individual Claims with Prejudice and Dismiss the Class Claims Without Prejudice, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff's individual claims are dismissed with prejudice; and
2. The putative Class claims are dismissed without prejudice.

   **IT IS SO ORDERED.**

Dated: July 22, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge